WELLBORN, adm'r, v. ATLANTA CONSOLIDATED ST. R. CO.

A paper purporting to be a bill of exceptions properly certified by the trial judge, but not signed by the plaintiff in error or his counsel, is not a legal bill of exceptions, and cannot be amended in the Supreme Court by attaching counsel's name thereto. Upon motion it will be                                            *Dismissed.*

May 15, 1893.

MAYSON & HILL, for plaintiff. N. J. & T. A. HAMMOND and E. M. & G. F. MITCHELL, for defendant.

---

McDONOUGH & COMPANY v. SWEAT, judge.

The writ of *mandamus* will not lie to compel a judge of the superior court to certify a bill of exceptions assigning as error a decision rendered at chambers, when it appears that the bill of exceptions was not tendered to the judge until after more than thirty days from the date of the decision complained of.

July 18, 1893.                              *Writ of mandamus denied.*

O'CONNOR & O'BYRNE, for movants.

---

JOHNSON v. THE STATE.

1. It was not error for the court, in charging the jury, to instruct them to look at the case in two aspects: first, leaving out of view the evidence given by accomplices, to inquire whether there was enough proved otherwise to warrant them in finding a verdict of guilty; and secondly, to consider the case upon all the evidence, the accomplice-evidence included. The charge was not prejudicial to the accused, because the accomplice-evidence bore against him, none of it in his favor; and the court charged that no conviction could be had upon it unless it was corroborated.

2. Generally the time when the alleged offence was committed, so that it be not barred by the statute of limitations, is immaterial; but when the evidence renders it material relatively to other facts in evidence, the jury may and should recognize its materiality. A charge to this effect, though apparently superfluous, was not erroneous.

3. It is not for the jury to pass upon the conduct either of the judge or of the solicitor-general in conducting a criminal case.

v 92-37